# EXHIBIT 1

 **Corewell Health**™

| | Patient Name: | Field, Jordan Daniel |
|---|---|---|
| | Account Balance: | $61,609.62 |
| | Guarantor ID: | 101930383 |

PO Box 88016
Chicago, IL 60680-1016



SPE57E 5080459 640942559
Jordan Daniel Field
3344 Herman Ave SW
Wyoming, MI 49509-3579

10/30/2024

| Patient: | Field,Jordan Daniel | Total Hospital Charges: | 61,609.62 |
|---|---|---|---|
| Acct ID: | 99149600093 | Hospital Balance: | 42,160.70 |
| Admit Date: | 03/18/24 | | |

Dear Jordan,

Blue Cross denied this claim due to requested information. BCBS provided correspondence requesting health history information. Until BCBS receives this information, the balance is your responsibility.

Please complete and return the correspondence sent by Blue Cross. Alternatively, Blue Cross may be contacted by calling the customer service number on the back of the insurance card.

If you need to reach our billing department, please call 833-261-4563.

Corewell Health
Patient Financial Services

# EXHIBIT 2

# dcm
## services

**DCM SERVICES, LLC**
1550 AMERICAN BLVD E STE 200
BLOOMINGTON MN 55425-1116
Hours (CT): 7 am - 7 pm M-TH, 7 am - 5 pm F
Telephone: 612-243-8717
Toll-free: 877-326-5674 Fax: 877-326-8784

November 01, 2024

**Reference: 88577355**

**DCM Services, LLC is a debt collector.** We are trying to collect a debt due from the assets of the estate. We will use any information you give us to help collect the debt.

We offer condolences for the loss of JORDAN DANIEL FIELD. You are not required to use your assets or assets you jointly owned with the decedent to pay the decedent's debt. We are contacting you only in your capacity as an Estate Representative or attorney for the Estate of JORDAN DANIEL FIELD.

**Our information shows:**

| | |
|---|---|
| JORDAN DANIEL FIELD had a SPECTRUM HEALTH debt. | |
| Please see page 3 for an itemization of the debt. | |
| **Total amount of the debt now:** | **$42160.70** |

**How can you dispute the debt?**

- **Call or write to us by December 16 2024, to dispute all or part of the debt.** If you do not, we will assume our information is correct.

- **If you write to us by December 16 2024,** we must stop collection on any amount you dispute until we send you information that shows the debt is owed. You may use the form below or write to us without the form. You may also include supporting documents.

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by December 16 2024, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

- Contact us about payment options.
  - Call us toll-free at 1-877-326-5674 to make payment.
  - Visit https://servicelink.dcmservices.com to manage the account and submit online payments. For first time users, enter:
    - Reference #: 88577355
    - PIN: 3547

- Call us with probate case number and/or trust information, if applicable.

**Notice:** See reverse side for important information.

Page 1 of 2

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Mail this form to:**
DCM SERVICES, LLC
1550 AMERICAN BLVD E STE 200
BLOOMINGTON MN 55425-1116
877-326-5674



**How do you want to respond?**

*Check all that apply:*

- ❑ **I want to dispute the debt because I think:**
  - ❑ This is not estate debt.
  - ❑ The amount is wrong.
  - ❑ Other (please describe on reverse or attach additional information.)
- ❑ **I want you to send me the name and address of the original creditor.**
- ❑ **I enclosed this amount:** $ _____

Make the check payable to SPECTRUM HEALTH. Do not send cash. Partial payments will be evenly distributed across all remaining balances unless otherwise directed.

Include the reference number 88577355.

The Estate of JORDAN DANIEL FIELD
Attn: MILLER JOHNSON
PO BOX 306
GRAND RAPIDS MI  49501-0306

171150-130-618

**\*IMPORTANT INFORMATION\***

Under the law we are required to notify you of the following information. This list does not include a complete list of rights consumers have under State and Federal Laws.

**NOTICE OF PRIVACY RIGHTS**

For important information regarding your privacy rights and the information DCM Services, LLC collects, please see our privacy policy located at: http://www.dcmservices.com/privacy.

**NOTICE ABOUT RECORDING DISCLOSURE**

DCM Services, LLC may record its calls.



**Itemization of the Debt**

November 01, 2024

Reference No. 88577355
Creditor Invoice No. *******0093
Additional Information:

| | |
|---|---|
| As of March 18 2024, amount owed: | $61609.62 |
| Between March 18 2024, and today: | |
| This amount in interest was charged: | + $0.00 |
| This amount in fees was charged: | + $0.00 |
| This amount was paid or credited toward the debt: | - $19448.92 |
| **Charge:** | **$42160.70** |

**Total amount of the debt now: $42160.70**

171150-130-619

# EXHIBIT 3

Corewell Health
PO Box 88016
Chicago, IL 60680-1016

 **Corewell Health™**

833-261-4563
Tax ID: 38-1360529

**THIS IS NOT A BILL**

Jordan Daniel Field
3344 HERMAN ST SW
WYOMING MI 49519

### Detail Bill Transactions

Charges posted as of: 07/22/2025

| | |
|---|---|
| Guarantor Name: | Jordan Daniel Field |
| Guarantor Number: | 101930383 |
| Patient: | Field,Jordan Daniel |

The following document contains services Jordan Daniel Field (Guarantor #101930383) is responsible for.
If you have any questions, please contact customer service at 833-261-4563.

| Charges | Insurance Payments | Patient Payments | Adjustments | Total Balance |
|---|---|---|---|---|
| 61,609.62 | -19,448.92 | 0.00 | 0.00 | 42,160.70 |

## Admission to Corewell Health Grand Rapids Hospitals Butterworth Hospital (Acct #99149600093)

March 18, 2024 to March 21, 2024- Patient: Field,Jordan Daniel
Diagnosis - T88.4XXA

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| 03/18/24 | 0241U | 0300 | HC Nfct Ds Rna 4 Targets Upper Respiratory Specimen | 1 | 294.29 |
| 03/18/24 | 2010000001 | 0201 | HC Adult Icu Room | 1 | 5,350.38 |
| 03/18/24 | 2500000004 | 0250 | Norepinephrine 16 Mcg/Ml in D5w 4-5 Mg/250ml-% Soln (0338-0112-20) | 1 | 207.98 |
| 03/18/24 | 2500000004 | 0250 | Norepinephrine 16 Mcg/Ml in D5w 4-5 Mg/250ml-% Soln (0338-0112-20) | 1 | 207.98 |
| 03/18/24 | 2500000004 | 0250 | Sodium Bicarbonate 8.4 % Soln (51754-5001-1) | 3 | 76.27 |
| 03/18/24 | 2500000004 | 0250 | Sodium Bicarbonate 8.4 % Soln (76329-3352-1) | 2 | 118.10 |
| 03/18/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306546) | 1 | 24.21 |
| 03/18/24 | 27200000F9 | 0272 | Bag Resuscitation Adult | 1 | 51.99 |
| 03/18/24 | 27200000F9 | 0272 | Flow Sensor Hamilton Adult | 1 | 88.76 |
| 03/18/24 | 27200000F9 | 0272 | Foley Kit 16fr Lf Temp Meter | 1 | 175.55 |
| 03/18/24 | 27200000F9 | 0272 | Set T1/Mr1/C1 Expiratory Valve | 1 | 164.90 |
| 03/18/24 | 27200000F9 | 0272 | Transducer W/ Safeset | 1 | 171.88 |
| 03/18/24 | 27200000F9 | 0272 | Tube Endo Sxn 6mm | 1 | 204.85 |
| 03/18/24 | 27200000F9 | 0272 | Tube Trach Shiley #6 Cuff Taper 7.5mm | 1 | 288.34 |

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/18/24 | 27200000F9 | 0272 | Tube Trach Shiley #8 Cuff Taper 8.5mm | 1 | 266.79 |
| 03/18/24 | 31500 | 0450 | HC ED Intubation Endotracheal | 1 | 273.00 |
| 03/18/24 | 36415 | 0300 | HC Venipuncture | 1 | 18.00 |
| 03/18/24 | 36415 | 0300 | HC Venipuncture | 1 | 18.00 |
| 03/18/24 | 6370000002 | 0250 | Acetaminophen 500 Mg Tabs (0904-6730-61) | 2 | 3.98 |
| 03/18/24 | 6370000002 | 0250 | Artificial Tears 83-15 % Oint 3.5 G Tube (0065-0518-01) | 1 | 38.06 |
| 03/18/24 | 70450 | 0351 | HC CT Head or Brain WO Constrast | 1 | 688.00 |
| 03/18/24 | 71045 | 0324 | HC Xray Chest Single View | 1 | 246.00 |
| 03/18/24 | 71045 | 0324 | HC Xray Chest Single View | 1 | 246.00 |
| 03/18/24 | 71275 | 0352 | HC CT Angiography Chest WO & With Contrast | 1 | 1,126.00 |
| 03/18/24 | 74018 | 0320 | HC Xray Abdomen Ap | 1 | 210.00 |
| 03/18/24 | 80051 | 0301 | HC Electrolyte Panel | 1 | 25.00 |
| 03/18/24 | 80053 | 0301 | HC Comprehensive Metabolic Panel | 1 | 58.00 |
| 03/18/24 | 80307 | 0301 | HC Drug Scr Acid Gc | 1 | 242.00 |
| 03/18/24 | 80307 | 0301 | HC Drug Scr Alkaline Gc | 1 | 242.00 |
| 03/18/24 | 80320 | 0301 | HC Volatile Screen | 1 | 114.00 |
| 03/18/24 | 82330 | 0301 | HC Ionized Calcium | 1 | 53.33 |
| 03/18/24 | 82330 | 0301 | HC POC Ionized Calcium | 1 | 49.00 |
| 03/18/24 | 82330 | 0301 | HC POC Ionized Calcium | 1 | 49.00 |
| 03/18/24 | 82565 | 0301 | HC POC Creatinine | 1 | 34.00 |
| 03/18/24 | 82803 | 0301 | HC POC Ph Pco2 Po2 | 1 | 83.00 |
| 03/18/24 | 82803 | 0301 | HC POC Ph Pco2 Po2 | 1 | 83.00 |
| 03/18/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/18/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/18/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/18/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/18/24 | 82947 | 0301 | HC Glucose Quant Blood | 1 | 27.00 |
| 03/18/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/18/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/18/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/18/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/18/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/18/24 | 83036 | 0301 | HC Glycated Hemoglobin | 1 | 22.00 |
| 03/18/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/18/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/18/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/18/24 | 83605 | 0301 | HC POC Lactate | 1 | 36.00 |
| 03/18/24 | 83735 | 0301 | HC Assay of Magnesium | 1 | 23.00 |
| 03/18/24 | 83880 | 0301 | HC Natriuretic Peptide Bnp | 1 | 78.00 |
| 03/18/24 | 84132 | 0301 | HC POC Potassium | 1 | 32.00 |
| 03/18/24 | 84132 | 0301 | HC POC Potassium | 1 | 32.00 |
| 03/18/24 | 84295 | 0301 | HC POC Sodium | 1 | 15.00 |
| 03/18/24 | 84295 | 0301 | HC POC Sodium | 1 | 15.00 |
| 03/18/24 | 84478 | 0301 | HC Triglyceride | 1 | 20.00 |
| 03/18/24 | 84484 | 0301 | HC Troponin | 1 | 34.00 |
| 03/18/24 | 84484 | 0301 | HC Troponin | 1 | 34.00 |
| 03/18/24 | 84484 | 0301 | HC Troponin | 1 | 34.00 |
| 03/18/24 | 85008 | 0305 | HC Bld Count Smear Mcrscp W/O Mnl Difrntl Wbc Count | 1 | 18.00 |

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/18/24 | 85014 | 0305 | HC Hematocrit | 1 | 16.00 |
| 03/18/24 | 85025 | 0305 | HC Cbc Auto Complete Differential | 1 | 29.00 |
| 03/18/24 | 86850 | 0302 | HC Antibody Screen | 1 | 49.00 |
| 03/18/24 | 86900 | 0302 | HC Abo | 1 | 111.00 |
| 03/18/24 | 87040 | 0306 | HC Culture Blood | 1 | 61.00 |
| 03/18/24 | 87040 | 0306 | HC Culture Blood | 1 | 61.00 |
| 03/18/24 | 93005 | 0730 | HC Ekg Computer | 1 | 121.00 |
| 03/18/24 | 96365 | 0260 | HC ED IV Infusion Therapy Up to 1 Hr | 1 | 306.00 |
| 03/18/24 | 96368 | 0260 | HC ED IV Concurrent Infusion | 1 | 178.00 |
| 03/18/24 | 96374 | 0940 | HC ED IV Push Single or Initial Substance | 1 | 201.00 |
| 03/18/24 | 99291 | 0450 | HC ED Visit Critical Care 30 to 74 Min | 1 | 4,115.00 |
| 03/18/24 | 99292 | 0450 | HC ED Critical Care Each Addtl 30 Min | 2 | 602.00 |
| 03/18/24 | C1894 | 0272 | Introducer Mac Cordis 9frx10cm | 1 | 806.53 |
| 03/18/24 | G1004 | 0359 | HC Clinical Decision Support Mechanism Natl Decision Support Co | 1 | 0.01 |
| 03/18/24 | G1004 | 0359 | HC Clinical Decision Support Mechanism Natl Decision Support Co | 1 | 0.01 |
| 03/18/24 | J0171 | 0250 | Epinephrine 20 Mcg/Ml in Ns 5-0.9 Mg/250ml-% Soln (70324-052-01) | 50 | 251.22 |
| 03/18/24 | J0171 | 0636 | Epinephrine 0.3 Mg/0.3ml Soln (42023-159-01) | 10 | 68.26 |
| 03/18/24 | J0171 | 0636 | Epinephrine Pf 1 Mg/10ml Sosy (76329-3318-1) | 5 | 176.35 |
| 03/18/24 | J0295 | 0636 | Ampicillin-Sulbactam 3 (2-1) G Solr 1 Each Vial (72485-417-01) | 2 | 34.62 |
| 03/18/24 | J0295 | 0636 | Ampicillin-Sulbactam 3 (2-1) G Solr 1 Each Vial (72485-417-01) | 2 | 34.62 |
| 03/18/24 | J1815 | 0250 | Insulin Lispro 100 Unit/Ml Sopn 3 Ml Pen (0002-8799-59) | 60 | 86.03 |
| 03/18/24 | J2250 | 0636 | Midazolam 2 Mg/2ml Soln (63323-411-15) | 2 | 26.47 |
| 03/18/24 | J2704 | 0636 | Propofol 10 Mg/Ml 10 Mg/Ml Emul 100 Ml Vial (63323-269-65) | 100 | 186.09 |
| 03/18/24 | J2704 | 0636 | Propofol 10 Mg/Ml 10 Mg/Ml Emul 100 Ml Vial (63323-269-65) | 100 | 186.09 |
| 03/18/24 | J2704 | 0636 | Propofol 10 Mg/Ml 10 Mg/Ml Emul 100 Ml Vial (63323-269-65) | 100 | 186.09 |
| 03/18/24 | J2704 | 0636 | Propofol 10 Mg/Ml 10 Mg/Ml Emul 50 Ml Vial (63323-269-57) | 50 | 167.91 |
| 03/18/24 | J3010 | 0636 | Fentanyl 100 Mcg/2ml Soln (72572-170-01) | 1 | 28.94 |
| 03/18/24 | J3010 | 0636 | Fentanyl in 0.9% Nacl 10 Mcg/Ml Soln (70092-1093-37) | 25 | 237.10 |
| 03/18/24 | J3010 | 0636 | Fentanyl in 0.9% Nacl 10 Mcg/Ml Soln (70092-1093-37) | 25 | 237.10 |
| 03/18/24 | J7030 | 0636 | Sodium Chloride 0.9% Bolus 0.9 % Soln (0338-0049-04) | 1 | 109.91 |
| 03/18/24 | J7050 | 0250 | Sodium Chloride per 500 Ml (0338-0553-18) | 1 | 109.91 |
| 03/18/24 | J7050 | 0250 | Sodium Chloride per 500 Ml (0338-9159-30) | 1 | 109.91 |
| 03/18/24 | J7050 | 0636 | Sodium Chloride 0.9% for CT Injector 0.9 % Soln (0338-0049-18) | 1 | 109.91 |
| 03/18/24 | J7070 | 0636 | Dextrose 5 % Soln (0264-7510-00) | 1 | 109.91 |
| 03/18/24 | Q9967 | 0636 | Iopamidol per 1 Ml (0270-1316-95) | 80 | 37.99 |
| 03/19/24 | 2010000001 | 0201 | HC Adult Icu Room | 1 | 5,350.38 |

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/19/24 | 2500000004 | 0250 | Norepinephrine 16 Mcg/Ml in D5w 4-5 Mg/250ml-% Soln (0338-0112-20) | 1 | 207.98 |
| 03/19/24 | 2500000004 | 0250 | Norepinephrine 16 Mcg/Ml in D5w 4-5 Mg/250ml-% Soln (0338-0112-20) | 1 | 207.98 |
| 03/19/24 | 2500000004 | 0250 | Norepinephrine 16 Mcg/Ml in D5w 4-5 Mg/250ml-% Soln (0338-0112-20) | 1 | 207.98 |
| 03/19/24 | 2500000004 | 0250 | Norepinephrine 16 Mcg/Ml in D5w 4-5 Mg/250ml-% Soln (0338-0112-20) | 1 | 207.98 |
| 03/19/24 | 2500000004 | 0250 | Sodium Chloride 0.9 % Soln 10 Ml Vial (0409-4888-10) | 1 | 25.83 |
| 03/19/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306544) | 1 | 23.88 |
| 03/19/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306544) | 1 | 23.88 |
| 03/19/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/19/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/19/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/19/24 | 27200000F9 | 0272 | Circuit Adult Vent W Humidifie | 1 | 187.03 |
| 03/19/24 | 27200000F9 | 0272 | Flow Sensor Hamilton Adult | 1 | 88.76 |
| 03/19/24 | 27200000F9 | 0272 | Set G5 Expiratory Valve | 1 | 159.39 |
| 03/19/24 | 27200000F9 | 0272 | Suction System Closed 16fr | 1 | 39.94 |
| 03/19/24 | 6370000002 | 0250 | Acetaminophen 500 Mg Tabs (0904-6730-61) | 2 | 3.98 |
| 03/19/24 | 6370000002 | 0250 | Doxycycline 100 Mg Solr 1 Each Vial (67457-437-00) | 1 | 76.94 |
| 03/19/24 | 6370000002 | 0250 | Senna-Docusate 8.6-50 Mg Tabs (0536-1248-01) | 2 | 6.21 |
| 03/19/24 | 6370000002 | 0250 | Senna-Docusate 8.6-50 Mg Tabs (0536-1248-01) | 2 | 6.21 |
| 03/19/24 | 80048 | 0301 | HC Basic Metabolic Panel | 1 | 43.00 |
| 03/19/24 | 80053 | 0301 | HC Comprehensive Metabolic Panel | 1 | 58.00 |
| 03/19/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/19/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/19/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/19/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/19/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/19/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/19/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/19/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/19/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/19/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/19/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/19/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/19/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/19/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/19/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/19/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/19/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/19/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/19/24 | 84145 | 0301 | HC Procalcitonin | 1 | 56.00 |
| 03/19/24 | 84484 | 0301 | HC Troponin | 1 | 34.00 |
| 03/19/24 | 84484 | 0301 | HC Troponin | 1 | 34.00 |
| 03/19/24 | 85025 | 0305 | HC Cbc Auto Complete Differential | 1 | 29.00 |
| 03/19/24 | 87070 | 0306 | HC Culture Aerobic | 1 | 52.00 |
| 03/19/24 | 87205 | 0306 | HC Gram Stain | 1 | 25.00 |

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/19/24 | 87641 | 0306 | HC Mrsa Amplified Probe | 1 | 122.00 |
| 03/19/24 | 87899 | 0306 | HC Pneumo Ag Urine | 1 | 54.00 |
| 03/19/24 | 93321 | 0483 | HC Echo Doppler Limited | 1 | 54.00 |
| 03/19/24 | 93325 | 0483 | HC Echo Color Flow Study | 1 | 68.00 |
| 03/19/24 | 94002 | 0410 | HC Ventilator Initial Day | 1 | 1,154.00 |
| 03/19/24 | 95715 | 0740 | HC Veeg by Tech Ea Incr 12-26 Hr Intermittent Mntr | 1 | 1,433.00 |
| 03/19/24 | C8924 | 0483 | HC Echocardiogram Limited Contrast | 1 | 1,020.00 |
| 03/19/24 | C9113 | 0636 | Pantoprazole 40 Mg Solr (72572-550-01) | 1 | 32.68 |
| 03/19/24 | J0248 | 0636 | Remdesivir 100 Mg Solr 1 Each Vial (61958-2901-2) | 200 | 4,233.94 |
| 03/19/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 2 | 35.15 |
| 03/19/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 2 | 35.15 |
| 03/19/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 2 | 35.15 |
| 03/19/24 | J1815 | 0250 | Insulin Glargine 100 Unit/Ml Sopn 3 Ml Pen (0088-2219-01) | 60 | 82.55 |
| 03/19/24 | J2704 | 0636 | Propofol 10 Mg/Ml 10 Mg/Ml Emul 100 Ml Vial (63323-269-65) | 100 | 186.09 |
| 03/19/24 | J7050 | 0636 | Sodium Chloride 0.9 % Soln 250 Ml Flex Cont (0338-0049-02) | 1 | 109.91 |
| 03/19/24 | J7050 | 0636 | Sodium Chloride 0.9 % Soln 250 Ml Flex Cont (0338-0049-02) | 1 | 109.91 |
| 03/19/24 | J8540 | 0250 | Dexamethasone 6 Mg Tabs (0054-8183-25) | 24 | 11.17 |
| 03/19/24 | Q9957 | 0636 | Perflutren Lipid Microsphere 6.52 Mg/Ml Susp 2 Ml Vial (11994-011-16) | 2 | 92.53 |
| 03/20/24 | 2010000001 | 0201 | HC Adult Icu Room | 1 | 5,350.38 |
| 03/20/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306546) | 1 | 24.21 |
| 03/20/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306544) | 1 | 23.88 |
| 03/20/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306546) | 1 | 24.21 |
| 03/20/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306544) | 1 | 23.88 |
| 03/20/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/20/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/20/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/20/24 | 2710000011 | 0271 | Kit Oral Care Q4 Duocare Thumbport Vap | 1 | 81.66 |
| 03/20/24 | 2710000011 | 0271 | Sleeve Scd Knee Up to 21" | 1 | 57.00 |
| 03/20/24 | 27200000F9 | 0272 | Boot Heel With Wedge | 1 | 199.80 |
| 03/20/24 | 27200000F9 | 0272 | Boot Heel With Wedge | 1 | 199.80 |
| 03/20/24 | 27200000F9 | 0272 | Sheet Comfort Glide Reg | 1 | 215.56 |
| 03/20/24 | 6370000002 | 0250 | Acetaminophen 500 Mg Tabs (0904-6730-61) | 2 | 3.98 |
| 03/20/24 | 6370000002 | 0250 | Polyethylene Glycol 17 G Pack (0904-6931-86) | 1 | 9.72 |
| 03/20/24 | 6370000002 | 0250 | Senna-Docusate 8.6-50 Mg Tabs (0536-1248-01) | 2 | 6.21 |
| 03/20/24 | 6370000002 | 0250 | Senna-Docusate 8.6-50 Mg Tabs (0536-1248-01) | 2 | 6.21 |
| 03/20/24 | 80053 | 0301 | HC Comprehensive Metabolic Panel | 1 | 58.00 |
| 03/20/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/20/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/20/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/20/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/20/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/20/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/20/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/20/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/20/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/20/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/20/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/20/24 | 83930 | 0301 | HC Osmolality Blood | 1 | 23.00 |
| 03/20/24 | 83935 | 0301 | HC Osmolality Other | 1 | 24.00 |
| 03/20/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/20/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/20/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/20/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/20/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/20/24 | 84300 | 0301 | HC Sodium Urine | 1 | 16.00 |
| 03/20/24 | 85025 | 0305 | HC Cbc Auto Complete Differential | 1 | 29.00 |
| 03/20/24 | 94003 | 0410 | HC Ventilator Subsequent Day | 1 | 1,154.00 |
| 03/20/24 | C1751 | 0272 | Mac Introducer Slic | 1 | 200.34 |
| 03/20/24 | C9113 | 0636 | Pantoprazole 40 Mg Solr (72572-550-01) | 1 | 32.68 |
| 03/20/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 2 | 35.15 |
| 03/20/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 4 | 47.50 |
| 03/20/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 4 | 47.50 |
| 03/20/24 | J1644 | 0636 | Heparin 5,000 Unit/Ml Soln (72572-255-01) | 5 | 28.94 |
| 03/20/24 | J1644 | 0636 | Heparin 5,000 Unit/Ml Soln (72572-255-01) | 5 | 28.94 |
| 03/20/24 | J7070 | 0636 | Dextrose 5 % Soln (0338-0017-04) | 1 | 109.91 |
| 03/20/24 | J7070 | 0636 | Dextrose 5 % Soln (0338-0017-04) | 1 | 109.91 |
| 03/20/24 | J8540 | 0250 | Dexamethasone 6 Mg Tabs (0054-8183-25) | 24 | 11.17 |
| 03/21/24 | 2010000001 | 0201 | HC Adult Icu Room | 1 | 5,350.38 |
| 03/21/24 | 2500000004 | 0250 | Dextrose 10 % Soln (0338-0023-04) | 1 | 109.91 |
| 03/21/24 | 2500000004 | 0250 | Norepinephrine 16 Mcg/Ml in D5w 4-5 Mg/250ml-% Soln (0338-0112-20) | 1 | 207.98 |
| 03/21/24 | 2500000004 | 0250 | Sodium Chloride 0.45 % Soln (0338-0043-04) | 1 | 109.91 |
| 03/21/24 | 2500000004 | 0250 | Sodium Chloride 0.9 % Soln 10 Ml Vial (0409-4888-02) | 1 | 25.83 |
| 03/21/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306546) | 1 | 24.21 |
| 03/21/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306544) | 1 | 23.88 |
| 03/21/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306546) | 1 | 24.21 |
| 03/21/24 | 2500000004 | 0250 | Sodium Chloride Flush 0.9 % Soln (8290-306546) | 1 | 23.22 |
| 03/21/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/21/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/21/24 | 2500000004 | 0250 | Sterile Water Soln (0338-0013-08) | 1 | 22.79 |
| 03/21/24 | 2500000004 | 0250 | Vasopressin 0.2 Units/Ml in D5w 0.2 Unit/Ml Soln (42023-237-01) | 1 | 282.60 |
| 03/21/24 | 27200000F9 | 0272 | Nebulizer Aerogen | 1 | 288.13 |
| 03/21/24 | 6370000002 | 0250 | Artificial Tears 83-15 % Oint 3.5 G Tube (0065-0518-01) | 1 | 38.06 |
| 03/21/24 | 6370000002 | 0250 | Polyethylene Glycol 17 G Pack (0904-6931-86) | 1 | 9.72 |
| 03/21/24 | 6370000002 | 0250 | Senna-Docusate 8.6-50 Mg Tabs (0536-1248-01) | 2 | 6.21 |
| 03/21/24 | 71045 | 0324 | HC Xray Chest Single View | 1 | 246.00 |
| 03/21/24 | 80053 | 0301 | HC Comprehensive Metabolic Panel | 1 | 58.00 |
| 03/21/24 | 80053 | 0301 | HC Comprehensive Metabolic Panel | 1 | 58.00 |
| 03/21/24 | 80053 | 0301 | HC Comprehensive Metabolic Panel | 1 | 58.00 |
| 03/21/24 | 80307 | 0301 | HC Drug Screen Class A | 1 | 162.00 |

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 03/21/24 | 82150 | 0301 | HC Amylase Serum | 1 | 22.00 |
| 03/21/24 | 82150 | 0301 | HC Amylase Serum | 1 | 22.00 |
| 03/21/24 | 82248 | 0301 | HC Bilirubin Direct | 1 | 18.00 |
| 03/21/24 | 82248 | 0301 | HC Bilirubin Direct | 1 | 18.00 |
| 03/21/24 | 82330 | 0301 | HC Ionized Calcium | 1 | 53.33 |
| 03/21/24 | 82330 | 0301 | HC Ionized Calcium | 1 | 53.33 |
| 03/21/24 | 82550 | 0301 | HC Creatine Kinase Cpk Total | 1 | 23.00 |
| 03/21/24 | 82550 | 0301 | HC Creatine Kinase Cpk Total | 1 | 23.00 |
| 03/21/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/21/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/21/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/21/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/21/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/21/24 | 82805 | 0301 | HC Ph Pco2 Po2 Mea O2 | 1 | 97.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 82947 | 0301 | HC POC Glucose | 1 | 27.00 |
| 03/21/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/21/24 | 83605 | 0301 | HC Lactic Acid | 1 | 36.00 |
| 03/21/24 | 83690 | 0301 | HC Lipase | 1 | 24.00 |
| 03/21/24 | 83690 | 0301 | HC Lipase | 1 | 24.00 |
| 03/21/24 | 83735 | 0301 | HC Assay of Magnesium | 1 | 23.00 |
| 03/21/24 | 83735 | 0301 | HC Assay of Magnesium | 1 | 23.00 |
| 03/21/24 | 83880 | 0301 | HC Natriuretic Peptide Bnp | 1 | 78.00 |
| 03/21/24 | 83880 | 0301 | HC Natriuretic Peptide Bnp | 1 | 78.00 |
| 03/21/24 | 84100 | 0301 | HC Phosphorous Level | 1 | 16.00 |
| 03/21/24 | 84100 | 0301 | HC Phosphorous Level | 1 | 16.00 |
| 03/21/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/21/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/21/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/21/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/21/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/21/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/21/24 | 84295 | 0301 | HC Sodium | 1 | 15.00 |
| 03/21/24 | 84478 | 0301 | HC Triglyceride | 1 | 20.00 |
| 03/21/24 | 84484 | 0301 | HC Troponin | 1 | 34.00 |
| 03/21/24 | 84484 | 0301 | HC Troponin | 1 | 34.00 |

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|----------|------|--------------|-------------|-----|--------|
| 03/21/24 | 85025 | 0305 | HC Cbc Auto Complete Differential | 1 | 29.00 |
| 03/21/24 | 85027 | 0305 | HC Cbc Platelet No Differential | 1 | 22.00 |
| 03/21/24 | 85027 | 0305 | HC Cbc Platelet No Differential | 1 | 22.00 |
| 03/21/24 | 85379 | 0305 | HC D Dimer Quant | 1 | 33.00 |
| 03/21/24 | 85384 | 0305 | HC Fibrinogen Level | 1 | 28.00 |
| 03/21/24 | 85610 | 0305 | HC Protime | 1 | 24.00 |
| 03/21/24 | 85610 | 0305 | HC Protime | 1 | 24.00 |
| 03/21/24 | 85730 | 0305 | HC Ptt | 1 | 24.00 |
| 03/21/24 | 85730 | 0305 | HC Ptt | 1 | 24.00 |
| 03/21/24 | 93005 | 0730 | HC Ekg Computer | 1 | 121.00 |
| 03/21/24 | 94003 | 0410 | HC Ventilator Subsequent Day | 1 | 1,154.00 |
| 03/21/24 | 94640 | 0412 | HC Neb Tx or Mdis Ordered Q 4 or Q4 W/a, Q3 | 1 | 553.00 |
| 03/21/24 | C8929 | 0483 | HC Echocardiogram Complete Contrast | 1 | 1,768.00 |
| 03/21/24 | C9113 | 0636 | Pantoprazole 40 Mg Solr (72572-550-01) | 1 | 32.68 |
| 03/21/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 4 | 47.50 |
| 03/21/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 4 | 47.50 |
| 03/21/24 | J0692 | 0636 | Cefepime 100 G Solr (66288-8100-1) | 4 | 47.50 |
| 03/21/24 | J1644 | 0636 | Heparin 5,000 Unit/Ml Soln (72572-255-01) | 5 | 28.94 |
| 03/21/24 | J1644 | 0636 | Heparin 5,000 Unit/Ml Soln (72572-255-01) | 5 | 28.94 |
| 03/21/24 | J1644 | 0636 | Heparin 5,000 Unit/Ml Soln (72572-255-01) | 5 | 28.94 |
| 03/21/24 | J1720 | 0636 | Hydrocortisone Sodium Succinate (Pf) 100 Mg Solr 1 Each Vial (0009-0825-01) | 3 | 167.45 |
| 03/21/24 | J1815 | 0250 | Insulin Regular 100-0.9 Ut/100ml-% Soln (0338-0126-12) | 20 | 204.80 |
| 03/21/24 | J7030 | 0636 | Sodium Chloride 0.9 % Soln (0338-0049-04) | 1 | 109.91 |
| 03/21/24 | J7050 | 0636 | Sodium Chloride 0.9 % Soln 50 Ml Flex Cont (0338-0049-31) | 1 | 109.91 |
| 03/21/24 | J7070 | 0636 | Dextrose 5 % Soln (0338-0017-04) | 1 | 109.91 |
| 03/21/24 | J7070 | 0636 | Dextrose 5 % Soln (0338-0017-04) | 1 | 109.91 |
| 03/21/24 | J7120 | 0636 | Lactated Ringers Soln (0338-0117-04) | 1 | 109.91 |
| 03/21/24 | J7620 | 0636 | Ipratropium-Albuterol 0.5-2.5 (3) Mg/3ml Soln (0487-0201-01) | 1 | 7.68 |
| 03/21/24 | J7620 | 0636 | Ipratropium-Albuterol 0.5-2.5 (3) Mg/3ml Soln (0487-0201-01) | 1 | 7.68 |
| 03/21/24 | J8540 | 0250 | Dexamethasone 6 Mg Tabs (0054-8183-25) | 24 | 11.17 |
| 03/21/24 | Q9957 | 0636 | Perflutren Lipid Microsphere 6.52 Mg/Ml Susp 2 Ml Vial (11994-011-01) | 2 | 92.53 |
| | | | **Total Charges** | | **61,609.62** |

## Insurance Payments and Adjustments

| Svc Date | Code | Revenue Code | Description | Qty | Amount |
|----------|------|--------------|-------------|-----|--------|
| 10/15/24 | 7005 | | Contractual Adjustment (Insurance) | 1 | -19,448.92 |

Corewell Health
PO Box 88016
Chicago, IL 60680-1016

 **Corewell Health**

833-261-4563
Tax ID: 38-1360529

THIS IS NOT A BILL

Jordan Daniel Field
3344 HERMAN ST SW
WYOMING MI 49519

## Detail Bill Transactions

| | |
|---|---|
| Guarantor Name:     Jordan Daniel Field | Charges posted as of:  07/22/2025 |
| Guarantor Number:  101930383 | |
| Patient:               Field,Jordan Daniel | |

The following document contains services Jordan Daniel Field (Guarantor #101930383) is responsible for.
If you have any questions, please contact customer service at 833-261-4563.

| Charges | Insurance Payments | Patient Payments | Adjustments | Total Balance |
|---|---|---|---|---|
| 3,326.00 | -2,879.00 | 0.00 | 0.00 | 447.00 |

## Admission to Corewell Health Grand Rapids Hospitals Fred & Lena Meijer Heart Center (Acct #99149604921)

March 18, 2024 to March 24, 2024- Patient: Field,Jordan Daniel

| Svc Date | Code | Diagnosis Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| Charges for visit with **David L Ortiz, MD** | | | | | |
| 03/19/24 | 95720 | R94.01I46.9R 56.9 | Eeg Phys/Qhp Ea Incr>12hr<26hr After 24hr W/Veeg | 1 | 465.00 |
| 03/20/24 | 95720 | R94.01I46.9 | Eeg Phys/Qhp Ea Incr>12hr<26hr After 24hr W/Veeg | 1 | 465.00 |
| Charges for visit with **Maximiliano A Tamae Kakazu, MD** | | | | | |
| 03/19/24 | 99291 | I46.9G93.1R5 0.9U07.1R79. 89E87.20 | Critical Care Ill/Injured Patient Init 30-74 Min | 1 | 599.00 |
| Charges for visit with **Pranav Kidambi, MD** | | | | | |
| 03/21/24 | 99291 | I46.9J96.01J1 8.9U07.1E87. 0G93.1R73.9 R00.0 | Critical Care Ill/Injured Patient Init 30-74 Min | 1 | 599.00 |
| Charges for visit with **Shaiva G Meka, DO** | | | | | |
| 03/18/24 | 99291 | I46.9G93.1U 07.1R79.89R 00.0E87.20 | Critical Care Ill/Injured Patient Init 30-74 Min | 1 | 599.00 |

| Svc Date | Code | Diagnosis Code | Description | Qty | Amount |
|----------|------|----------------|-------------|-----|--------|
| Charges for visit with **Susan Pasnick, MD** | | | | | |
| 03/20/24 | 99291 | I46.9G93.1U 07.1E87.0R7 3.9R00.0 | Critical Care Ill/Injured Patient Init 30-74 Min | 1 | 599.00 |
| | | | **Total Charges** | | **3,326.00** |

## Insurance Payments and Adjustments

| Svc Date | Code | Description | Qty | Amount |
|----------|------|-------------|-----|--------|
| 04/10/24 | 5003 | Insurance Payment Deductible: 49.81 Coinsurance: 123.84 | 1 | -445.15 |
| 04/10/24 | 5003 | Insurance Payment Coinsurance: 66.67 | 1 | -241.69 |
| 04/10/24 | 7005 | Contractual Adjustment (Insurance) | 1 | -130.51 |
| 04/10/24 | 7005 | Contractual Adjustment (Insurance) | 1 | -130.51 |
| 04/10/24 | 7005 | Contractual Adjustment (Insurance) | 1 | -265.64 |
| 04/10/24 | 7024 | BCBS Withhold Adjustment | 1 | -25.09 |
| 04/10/24 | 7024 | BCBS Withhold Adjustment | 1 | -25.09 |
| 04/10/24 | 7024 | BCBS Withhold Adjustment | 1 | -25.00 |
| 04/17/24 | 5003 | Insurance Payment Coinsurance: 66.67 | 1 | -241.69 |
| 04/17/24 | 5003 | Insurance Payment Coinsurance: 66.67 | 1 | -241.69 |
| 04/17/24 | 5003 | Insurance Payment Coinsurance: 73.34 | 1 | -265.86 |
| 04/17/24 | 7005 | Contractual Adjustment (Insurance) | 1 | -265.64 |
| 04/17/24 | 7005 | Contractual Adjustment (Insurance) | 1 | -265.64 |
| 04/17/24 | 7005 | Contractual Adjustment (Insurance) | 1 | -232.30 |
| 04/17/24 | 7024 | BCBS Withhold Adjustment | 1 | -25.00 |
| 04/17/24 | 7024 | BCBS Withhold Adjustment | 1 | -25.00 |
| 04/17/24 | 7024 | BCBS Withhold Adjustment | 1 | -27.50 |
| | | **Total Insurance Payments and Adjustments** | | **-2,879.00** |

Corewell Health
PO Box 88016
Chicago, IL 60680-1016

 **Corewell Health™**

833-261-4563
Tax ID: 38-1360529

**THIS IS NOT A BILL**

Jordan Daniel Field
3344 HERMAN ST SW
WYOMING MI 49519

### Detail Bill Transactions

| | | Charges posted as of: 07/22/2025 |
|---|---|---|
| Guarantor Name: | Jordan Daniel Field | |
| Guarantor Number: | 101930383 | |
| Patient: | Field,Jordan Daniel | |

The following document contains services Jordan Daniel Field (Guarantor #101930383) is responsible for.
If you have any questions, please contact customer service at 833-261-4563.

| Charges | Insurance Payments | Patient Payments | Adjustments | Total Balance |
|---|---|---|---|---|
| 135.00 | -122.82 | 0.00 | 0.00 | 12.18 |

## Admission to Corewell Health Grand Rapids Hospitals Fred & Lena Meijer Heart Center (Acct #99149618364)

March 19, 2024- Patient: Field,Jordan Daniel

| Svc Date | Code | Diagnosis Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| Charges for visit with **Michael W McNamara, MD** | | | | | |
| 03/19/24 | 93308 | I87.8R93.1 | Echo Transthorc R-T 2d W/WO M-Mode Rec F-Up/Lmtd | 1 | 86.00 |
| 03/19/24 | 93321 | I87.8R93.1 | Doppler Echo Pulse Wave W/Spectral F-Up/Lmtd Std | 1 | 27.00 |
| 03/19/24 | 93325 | I87.8R93.1 | Doppler Echo Color Flow Velocity Mapping | 1 | 22.00 |
| | | | **Total Charges** | | **135.00** |
| **Insurance Payments and Adjustments** | | | | | |
| 04/17/24 | 5003 | | Insurance Payment | 1 | -44.18 |
| | | | Coinsurance: 12.18 | | |
| 04/17/24 | 7005 | | Contractual Adjustment (Insurance) | 1 | -42.80 |
| 04/17/24 | 7005 | | Contractual Adjustment (Insurance) | 1 | -16.68 |
| 04/17/24 | 7005 | | Contractual Adjustment (Insurance) | 1 | -14.58 |
| 04/17/24 | 7024 | | BCBS Withhold Adjustment | 1 | -3.24 |
| 04/17/24 | 7024 | | BCBS Withhold Adjustment | 1 | -0.40 |
| 04/17/24 | 7024 | | BCBS Withhold Adjustment | 1 | -0.94 |
| | | | **Total Insurance Payments and Adjustments** | | **-122.82** |

Corewell Health
PO Box 88016
Chicago, IL 60680-1016

 **Corewell Health**

833-261-4563
Tax ID: 38-1360529

**THIS IS NOT A BILL**

Jordan Daniel Field
3344 HERMAN ST SW
WYOMING MI 49519

## Detail Bill Transactions

| | | Charges posted as of: 07/22/2025 |
|---|---|---|
| Guarantor Name: | Jordan Daniel Field | |
| Guarantor Number: | 101930383 | |
| Patient: | Field,Jordan Daniel | |

The following document contains services Jordan Daniel Field (Guarantor #101930383) is responsible for.
If you have any questions, please contact customer service at 833-261-4563.

| Charges | Insurance Payments | Patient Payments | Adjustments | Total Balance |
|---|---|---|---|---|
| 167.00 | -120.41 | 0.00 | 0.00 | 46.59 |

## Admission to Corewell Health Grand Rapids Hospitals Fred & Lena Meijer Heart

### Center (Acct #99149703167)

March 21, 2024- Patient: Field,Jordan Daniel

| Svc Date | Code | Diagnosis Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| | | | Charges for visit with **Mohamad A Kenaan, MD** | | |
| 03/21/24 | 93306 | I51.7I87.8I31. 39 | Echo Tthrc R-T 2d W/Wom-Mode Compl Spec&Colr D | 1 | 167.00 |
| **Insurance Payments and Adjustments** | | | | | |
| 04/17/24 | 5003 | | Insurance Payment | 1 | -61.46 |
| | | | Deductible: 29.03 | | |
| | | | Coinsurance: 17.56 | | |
| 04/17/24 | 7005 | | Contractual Adjustment (Insurance) | 1 | -50.19 |
| 04/17/24 | 7024 | | BCBS Withhold Adjustment | 1 | -8.76 |
| | | | **Total Insurance Payments and Adjustments** | | **-120.41** |

# EXHIBIT 4



**Corewell Health**™

| | |
|---|---|
| Patient Name: | Field, Jordan Daniel |
| Account Balance: | $ 0.00 |
| Guarantor ID: | 400025329 |

PO Box 88016
Chicago, IL 60680-1016

SPE57E 6042087 820640198
The Estate of Jordan Daniel
3344 Herman Ave SW
Wyoming, MI 49509-3579

10/24/2025

Re: 400025329

To the Estate of Jordan Field:

We have recently learned of Jordan Field's passing. Please accept our heartfelt condolences during this challenging time. At Corewell Health, we recognize the weight of your loss and extend our sympathies to your family.

As a result of the information provided to us, we would like to inform you that you or your family may receive communication from DCM Services, LLC within the next thirty (30) days regarding any outstanding balance on the account. DCM Services, LLC specializes in assisting with estate matters and will provide guidance to the designated representative. DCM Services is recognized as a debt collection agency, however they do not operate as a bad debt agency.

We are grateful for the trust that Jordan Field placed in Corewell Health. If you have any questions, please do not hesitate to contact DCM Services, LLC at 1-844-678-6300.

Cordially,

Patient Financial Services
Corewell Health

# EXHIBIT 5

**dcm** services

## 1550 AMERICAN BLVD E STE 200
## BLOOMINGTON MN 55425-1116

TELEPHONE 612-243-8717
FAX 877-326-8784
**TOLL-FREE 877-326-5674**

Hours (CT):  7:00 am - 7:00 pm M - TH
7:00 am - 5:00 pm F

April 08, 2026

Re:   Estate of:              JORDAN DANIEL FIELD
Creditor:            See attached account detail
Total Unpaid Balance: $42666.47
DCM Reference No:    88577355

Dear Sir or Madam:

This letter confirms a total unpaid balance of $42666.47 on the accounts listed on the attached account detail regarding the Estate of JORDAN DANIEL FIELD. Please understand we are seeking payment from assets of the decedent's estate. You are not required to use your assets or assets you owned jointly with the decedent to pay the decedent's debts.

The following payment options are available:

1. Pay by phone: Call our office toll-free at 877-326-5674.
2. Mail in a payment. Complete the payment slip below and mail it with a check made payable to Corewell Health in the envelope provided. We will distribute partial payments evenly across all remaining balances unless otherwise directed.
3. Pay Online: Scan the QR code or visit https://servicelink.dcmservices.com

   Reference #: 88577355
   PIN #: 3547

Cordially,
DCM Services, LLC

This company is a debt collector. We are attempting to collect a balance due from the assets of the Estate and any information obtained will be used for that purpose. Calls may be monitored or recorded for quality assurance purposes.

**NOTICE: SEE ATTACHED PAGE(S) FOR ACCOUNT DETAIL**
***Detach Lower Portion and Return with Payment***

---

 DCM SERVICES, LLC
1550 AMERICAN BLVD E STE 200
BLOOMINGTON MN 55425-1116
877-326-5674



Reference #: 88577355          Client ID: QSPH01
Total Unpaid Balance: $42666.47
Checks Payable to: Corewell Health

Amount Enclosed:  | $

April 08, 2026

The Estate of JORDAN DANIEL FIELD
Attn: ROBERT BUCHANAN (BUCHANAN LAW FIRM)
452 ADA DR SE STE 300
ADA MI   49301-9177

DCM Services - Payment Processing
PO Box 9317
Minneapolis MN 55440-9317

1 of 2

173316-1911-91

**Key:**
Line 1 - Reference No.
Line 2 - Creditor Name
Line 3 - Additional Information
Line 4 - Service Date(s)
Line 5 - Creditor Invoice No.
Line 6 - Balance



**ACCOUNT DETAIL**

April 08, 2026

IN RE ESTATE OF: JORDAN DANIEL FIELD

Account details are as follows (See above key for line description):

85275416
Corewell Health

03/21/2024
*******3167
$46.59

85275448
Corewell Health

03/19/2024
*******8364
$12.18

86748338
Corewell Health

03/18/2024-03/24/2024
*******4921
$447.00

88577355
Corewell Health

03/18/2024-03/21/2024
*******0093
$42160.70

**Total Unpaid Balance: $42666.47**

Page 3

173316-1911-92