UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE RZANCA,

Plaintiff,

Case No. 26-cv-11692
v.
Hon. Matthew F. Leitman

COREWELL HEALTH, *et al.*,

Defendants.

______________________________________________________________/

**ORDER SETTING INITIAL CASE SCHEDULE**

On October 1, 2026, the Court held an on-the-record pre-trial conference in this action. During that conference, the Court set a schedule for initial proceedings in this case. For the reasons explained on the record, the parties shall proceed as follows:

- Plaintiffs shall file a First Amended Complaint by no later than **November 16, 2026**;
- Defendants shall file an Answer to the First Amended Complaint by no later than **December 7, 2026**;
- The parties shall then proceed to conduct an initial period of discovery limited only to the threshold legal issues identified in the parties' September 29, 2026, Supplemental Joint Status Report (ECF No. 19). That period of discovery shall conclude on **March 8, 2027**.

- Defendants shall file dispositive motions by no later than **April 9, 2027**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126